IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON O'NEILL : | CIVIL ACTION |
| : | |
| v. : | NO. 10-4210 |
| : | |
| SUPERINTENDENT CLOSE, THE : | |
| DISTRICT ATTORNEY OF COUNTY : | |
| OF PHILADELPHIA and ATTORNEY : | |
| GENERAL OF THE STATE OF : | |
| PENNSYLVANIA : | |

## ORDER

**AND NOW,** this 29th day of July, 2015, upon consideration of the Motion for Relief of Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(6) (Document No. 31), the respondents' response and the petitioner's reply, it is **ORDERED** that the motion is **DENIED**.

                                                 /s/Timothy J. Savage
                                                 TIMOTHY J. SAVAGE,  J.